IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Rosa Lopez de Rodriguez,<br><br>                              Petitioner,<br><br>vs.<br><br>Pamela Bondi, Attorney General et al.,<br><br>                              Defendants. | Case No. 0:26-cv-00905-DMT-DTS |

**ORDER ADOPTING STIPULATION TO DISMISS**

[¶ 1]   THIS MATTER comes before the Court on a Joint Stipulation of Dismissal without Prejudice filed on February 8, 2026. Doc. No. 6. Plaintiff and Defendant agree that the above-entitled action is hereby dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

[¶ 2]   Upon consideration, the Court **ADOPTS** the Stipulation in its entirety. It is therefore **ORDERED** that the above-entitled action is hereby **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

[¶ 3]   **IT IS SO ORDERED.**

DATED February 9, 2026.

Daniel M. Traynor, District Judge
United States District Court